**Fill in this information to identify your case:**

Debtor 1  Kathleen Nashville Washington
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Missouri
                                                        (State)

Case number  24-44573
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**  ☑ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $_____ 0.00

   **If not included in line 4:**
   4a. Real estate taxes                          4a. $_____ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $_____ 0.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $_____ 40.00
   4d. Homeowner's association or condominium dues    4d. $_____ 0.00

| Debtor 1 | Kathleen Nashville Washington | Case number (if known) 24-44573 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

AMENDED

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $_____0.00_

6. **Utilities:**
   - 6a. Electricity, heat, natural gas  6a. $_____150.00_
   - 6b. Water, sewer, garbage collection  6b. $_____50.00_
   - 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $_____125.00_
   - 6d. Other. Specify: _____  6d. $_____0.00_

7. **Food and housekeeping supplies**  7. $_____400.00_

8. **Childcare and children's education costs**  8. $_____0.00_

9. **Clothing, laundry, and dry cleaning**  9. $_____150.00_

10. **Personal care products and services**  10. $_____100.00_

11. **Medical and dental expenses**  11. $_____100.00_

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.  12. $_____150.00_

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $_____5.00_

14. **Charitable contributions and religious donations**  14. $_____0.00_

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance  15a. $_____0.00_
    - 15b. Health insurance  15b. $_____0.00_
    - 15c. Vehicle insurance  15c. $_____100.00_
    - 15d. Other insurance. Specify:_____  15d. $_____0.00_

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. $_____0.00_

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1  17a. $_____0.00_
    - 17b. Car payments for Vehicle 2  17b. $_____0.00_
    - 17c. Other. Specify:_____  17c. $_____0.00_
    - 17d. Other. Specify:_____  17d. $_____0.00_

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18. $_____0.00_

19. **Other payments you make to support others who do not live with you.**
    Specify:_____  19. $_____0.00_

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property  20a. $_____0.00_
    - 20b. Real estate taxes  20b. $_____0.00_
    - 20c. Property, homeowner's, or renter's insurance  20c. $_____0.00_
    - 20d. Maintenance, repair, and upkeep expenses  20d. $_____0.00_
    - 20e. Homeowner's association or condominium dues  20e. $_____0.00_

21. **Other**. Specify:_____   21. +$_____0.00
_____        +$_____
_____        +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a. $_____1,370.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a   22b. $_____

    and 22b. The result is your monthly expenses.   22c. $_____1,370.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a. $_____2,920.41

    23b. Copy your monthly expenses from line 22c above.   23b. –$_____1,370.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.   23c. $_____1,550.41

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ✔ No.
    ☐ Yes.   Explain here:

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Kathleen Nashville Washington
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Missouri

Case number: 24-44573
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Kathleen Nashville Washington          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 03/11/2025                                Date _____
    MM / DD / YYYY                                 MM / DD / YYYY

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT MISSOURI

In re: )
   Kathleen Washington )
                                               )    Case No. 24-44573
     Debtor . )   Chapter 13
                                               )

**MEMO**

COMES NOW, Debtors, through counsel, makes the following changes to Debtor's Schedules:

Make the following changes to Schedule J:

- Line 4c: amended from $95.00 to $40.00
- Line 6a: amended from $200.00 to $150.00
- Line 7: amended from $450.00 to $400.00
- Line 13: amended from $50.00 to $5.00
- Line 23c: amended from $1,350.41 to $1,550.41

Respectfully submitted,

/s/ Maxwell J. Groswald
Maxwell J. Groswald #65938MO
Groswald Law, LLC
P.O. Box 179343
St. Louis, MO 63117
P: 314-736-1275
F: 314-442-4116
E: maxwell@groswald.com

**Certification of Service**

I certify that a true and correct copy of the foregoing document was filed electronically on March 11, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Maxwell J. Groswald