UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 24-44573
KATHLEEN NASHVILLE WASHINGTON )
4217 ONEILL AVE )
SAINT LOUIS, MO 63121 ) Chapter 13
          Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| GROSWALD LAW LLC<br>PO BOX 179343<br>MAXWELL J GROSWALD<br>ST LOUIS, MO 63117 | 3,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GROSWALD LAW LLC<br>PO BOX 179343<br>MAXWELL J GROSWALD<br>ST LOUIS, MO 63117 | 2,363.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $98.46<br>INT RATE: 0.00 |
| CONSUMER PORTFOLIO SVCS<br>PO BOX 57071<br>IRVINE, CA 92619-7071 | 31,838.09 | 20/Secured - Motor Vehicle<br>ACCT: 0391<br>COMM: #3/100% 60MO/21 ROGUE<br>REG PYMT: $676.47<br>INT RATE: 10.00 |
| ACIMA CREDIT<br>13907 S MINUTEMAN DR<br>STE 500<br>DRAPER, UT 84020-9879 | 0.00 | 40/Unsecured<br>ACCT: 5283<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| ASCEND LOAN<br>635 E HWY PKWY #20<br>UPPER LAKE, CA  95485 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BESSINE WALTERBACH LLP<br>3000 NE BROOKTREE LN<br>STE 100<br>KANSAS CITY, MO  64119-1861 | 0.00 | 40/Unsecured<br>ACCT: 1217<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 473.14 | 40/Unsecured<br>ACCT: 5037<br>COMM: #7/FIRST DIGITAL SYNOVUS BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 503.30 | 40/Unsecured<br>ACCT: 4586<br>COMM: #6/MRV REVVI BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 661.12 | 40/Unsecured<br>ACCT: 8169<br>COMM: #14<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JANUARY TECHNOLOGIES INC<br>176 GRAND ST 4TH FL<br>NEW YORK, NY  10013 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LENDMO<br>PO BOX 542<br>LAC DU FLAMBEAU, WI  54538 | 0.00 | 40/Unsecured<br>ACCT: 0563<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 1,307.44 | 40/Unsecured<br>ACCT: 4748<br>COMM: #8/CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| METRO ST LOUIS SEWER DISTRICT<br>2350 MARKET ST<br>ST LOUIS, MO  63103 | 561.23 | 40/Unsecured<br>ACCT: XXXX42-9<br>COMM: #12/4217 ONEIL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN, MI  48090-2037 | 691.15 | 40/Unsecured<br>ACCT: 8117<br>COMM: #13 FIRST ELECTRONIC BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NCB MANAGEMENT SERVICES<br>1 ALLIED DR<br>TREVOSE, PA  19053-6945 | 2,057.04 | 40/Unsecured<br>ACCT: 9773<br>COMM: #4/FIRST BANK TRUST<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 2837<br>C/O NELNET<br>PORTLAND, OR  97208-2837 | 0.00 | 10/Student Loan<br>ACCT: XXXXXXX8518<br>COMM: #5/STUDENT LOAN<br>REG PYMT: $100.00<br>INT RATE: 0.00 |
| NETCREDIT<br>175 W JACKSON BLVD STE 600<br>CHICAGO, IL  60604 | 4,293.43 | 40/Unsecured<br>ACCT: 8518<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| POSSIBLE FINANCIAL<br>2231 1ST AVE<br>SEATTLE, WA  98121-1614 | 0.00 | 40/Unsecured<br>ACCT: 4518<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| REVENUE REPORTING SERVICE<br>3221 SOUTHWESTERN BLVD STE 236<br>ORCHARD PARK, NY | 0.00 | 40/Unsecured<br>ACCT: 3578<br>COMM: GS HOLDINGS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SELF INC/LEAD BANK<br>515 CONGRESS AVE<br>STE 2200<br>AUSTIN, TX  78701-3560 | 0.00 | 40/Unsecured<br>ACCT: 0390<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SHER & SHABSIN PC<br>1 CAMPBELL PLAZA<br>STE 1A NORTH<br>ST LOUIS, MO  63139-1781 | 0.00 | 40/Unsecured<br>ACCT: 5208<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BANK OF MO/TOTAL VISA<br>PO BOX 84930<br>SIOUX FALLS, SD  57118 | 0.00 | 40/Unsecured<br>ACCT: 0803<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WLCC LENDING<br>PO BOX 70<br>DAKOTA FUNDING GROUP<br>SOLON, IA  52333 | 1,072.38 | 40/Unsecured<br>ACCT: 9515<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 1,184.99 | 40/Unsecured<br>ACCT: 8287<br>COMM: #9-2AM#9/22-24 PP TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 1,617.38 | 40/Unsecured<br>ACCT: 4573<br>COMM: #10/24'R.E.STATE TAX/ W/D<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | 944.07 | 40/Unsecured<br>ACCT: 7429<br>COMM: #11/CELTIC BK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 360.79 | 30/Priority<br>ACCT: 8518<br>COMM: #16 2021 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 34.33 | 40/Unsecured<br>ACCT: 8518<br>COMM: #16 2021 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| RRAB FINANCIAL SERVICES LLC<br>1 CAMBELL PLAZA<br>C/O SHER & SABSIN PC<br>ST LOUIS, MO  63139 | 35,189.85 | 40/Unsecured<br>ACCT: 8870<br>COMM: #15<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 1,498.98 | 30/Priority<br>ACCT: 8287<br>COMM: #9-2AM#9/22-24 PP TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 1,617.38 | 20/Secured<br>ACCT: 1484<br>COMM: #17/60MO/24 RE TAX<br>REG PYMT: $34.37<br>INT RATE: 10.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 1,293.82 | 30/Priority<br>ACCT: X8518<br>COMM: #18/24 MOTOR VEH<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 200.00 | 40/Unsecured<br>ACCT: X8518<br>COMM: #18/24 MOTOR VEH<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: July 18, 2025
STL_NTCPAYCLM -- BC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on July 18, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 18, 2025.

KATHLEEN NASHVILLE WASHINGTON
4217 ONEILL AVE
SAINT LOUIS, MO  63121

/s/Diana S. Daugherty
Diana S. Daugherty